Bruce R. Babcock - State Bar #85878
4808 Santa Monica Ave.
San Diego, CA 92107

(619) 222-2661

Attorney for Debtors

UNITED STATES BANRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE:

WILLIAM SETH HILL and
KATHLEEN HILL,

        Debtors

CASE NO: 09-19516-PB13

DEBTORS' REPLY TO TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

DATE: August 11, 2010
TIME: 3:00 P.M.
DEPT: 4

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE, CHAPTER 13 TRUSTEE AND ALL INTERESTED PARTIES:

    Debtors William and Kathleen Hill hereby reply to the Chapter 13 Trustee's objections to confirmation of Debtors' Plan dated 6/28/10 in the above-referenced case as follows:

    1. In response to the Trustee's paragraph 1-3 Debtors represent that on 7/27/10 they filed an Amendment to their Schedule J deleting the subject $452 student loan payment from such Schedule. Debtors also represent that on or about June 29, 2010 they filed a first Amended Plan herein increasing their proposed plan payment by $452 from $500/mth to $952/mth and providing for the Trustee to pay the subject student loan payment of $452/mth. The Debtor's disposable income reflected on said amended Schedule J is $1,016 and their proposed Plan provides for payments of $952/mth for 36 months. Debtors, through their counsel, have sent the paystubs and bank records to the Trustee as requested by the Trustee and are awaiting his review of same.

    2. In response to the Trustee's paragraph 2-9 Debtors cannot discern in what way their proposed Plan in not clear or consistent. Debtor's proposed plan does provide for installment payments to Everhome Mortgage of $828/mth. for arrearages but such payments will only need to be made in months 6 through 29 in order to completely pay such arrearages plus interest thereon. As the Trustee points out, the hearing on Debtors' lien strip motion is set for 9/28/10 – the time to file opposition to such motion has long passed, no such opposition has been filed and Debtors anticipate that such motion will be granted.

    3. In response to the Trustee's Paragraph 3-10 Debtors cannot discern in what way the Trustee believes their proposed Plan is not proposed in good faith and/or does not comply with code provisions.

    4. Debtors' attorney and Trustee Skelton discussed this case and the proposed Plan on Tuesday, August 3, 2010. – the Trustee had not yet received some of the documents sent by Debtors' counsel and so could not fully resolve all remaining objections. Debtors' counsel expects that he will confer with the Trustee again prior to the scheduled 8/11/10 hearing and is hopeful that all remaining objections will be resolved prior to such hearing.

Respectfully submitted,

DATED: 8/4/10

/s/Bruce R. Babcock
Bruce R. Babcock,
Attorney for Debtor

2